RECEIVED
IN LAKE CHARLES, LA

JUL 27 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| UNITED STATES OF AMERICA | : | DOCKET NO. 2:07 CR 20013 |
|---|---|---|
| VS. | : | JUDGE MINALDI |
| PABLO M. RAMOS-BARRERA | : | MAGISTRATE JUDGE KAY |

### MEMORANDUM ORDER

IT IS ORDERED that the defendant's Motion to Obtain Trial Transcripts (Rec. Doc.) IS DENIED.

The defendant requested, paid for, and received copies of the record from the Clerk of Court. This set of copies did not include the transcript.

The defendant's mother ordered and paid for a copy of the trial transcript. The transcript was sent to her by the court reporter.

The court is unable to discern what other documents the defendant may be requesting.

A defendant has no constitutional right to acquire a free copy of his transcript or other court records for use in a collateral proceeding. *See United States v. MacCollom,* 426 U.S. 317, 325-26, 96 S.Ct. 2086, 48 L.Ed.2d 666 (1976); *United States v. Peralta-Ramirez,* 266 Fed.App'x. 360, 361, (5th Cir. 2008). If the defendant is requesting an additional copy of the transcript, he must tender payment for the same.

Lake Charles, Louisiana, this 26 day of July, 2011.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE