UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 2:07-CR-20013-(01) |
| VERSUS | JUDGE JAMES D. CAIN, JR. |
| PABLO M. RAMOS-BARRERA | MAGISTRATE JUDGE KAY |

### JUDGMENT

For the reasons provided in the Report and Recommendation [doc. 302] of the Magistrate Judge previously filed herein, and after an independent review of the record, a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that the motion for writ of coram nobis [doc. 300] be **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**THUS DONE AND SIGNED** in Chambers this 11th day of July, 2019.

JAMES D. CAIN, JR.
**UNITED STATES DISTRICT JUDGE**